# SHER TREMONTE LLP

February 3, 2016

**BY ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10004

Re:   *United States v. Galanis, et al.*, 15 Crim. 643 (PKC)

Dear Judge Castel:

      We represent Defendant Gary Hirst. Pursuant to the Court's Order (Dkt. No. 156), we write to advise the Court that Mr. Hirst and his counsel are available to begin the trial in this case on September 12, 2016, and that Mr. Hirst consents to the exclusion of time under the Speedy Trial Act until September 12, 2016.

      Respectfully submitted,

Noam Biale