IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

**GARY T. HIRST**
DEFENDANT

**CASE NO.** 15-CR-643 (PKC)

vs.

**UNITED STATES OF AMERICA,**
PLAINTIFF

### NOTICE OF WITHDRAW

NOW COMES, GARY T. HIRST, proceeding pro se before this Court, hereby provides NOTICE OF WITHDRAW regarding Motion Filed under Rule 60, without prejudice.

With regard, Mr. Hirst was Ordered by December 19, 2018 to notify the Court in writing whether he wished to withdraw or amend his motion filed under Rule 60.

The Order states, "If he does not state in writing by December 19, 2018 that he wishes to withdraw or amend the motion, the motion will be deemed filed under section 2255 and any second or successive motion will be subject to the above-referenced certification process in the United States Court of Appeals".

Furthermore, Mr. Gary T. Hirst moves this court to withdraw his Motion filed under Rule 60 without prejudice.

Respectfully submitted on this 11th day of December, 2018

by:

_____

Gary T. Hirst, Pro Se
Reg No.  72840-054
Federal Satelite Low
2680 Highway 301 South
Jesup, GA  31599

## CERTIFICATE OF SERVICE

This motion was delivered in a pre-addressed, postage-paid envelope to prison authorities on the same day as signed, The United States of America is represented by counsel who is registerd with, the CM / ECF docketing system: thus the defendant requests that notice of the filing and service to this motion on the United States occur through that system's electronic medium.

_____

Gary T. Hirst

## VERIFICATION

Under penalty of perjury as authorized in 28 U.S.C. §1746, I declare that the factual allegations and factual statements contained in this document are true and correct to the best of my knowledge.

_____

Gary T. Hirst
Reg No. 72840-054
Federal Satelite Low
2680 Highway 301 South
Jesup, GA 31599