UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                               15-cr-643 (PKC)
                                               20-cv-2412 (PKC)

        -against-                                   ORDER

GARY HIRST,

                Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        On March 17, 2020, Gary Hirst, who represents himself pro se, filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255, asserting fourteen proposed grounds for relief. (Docket # 524.) The government filed its response on July 15, 2020. (Docket # 550.) On that same date, Hirst made a supplemental submission setting forth nine additional proposed grounds for relief. (Docket # 551.) The government has not responded to Hirst's supplemental submission.

        The government is directed to respond to Hirst's supplemental submission (Docket #551) no later than June 25, 2021.

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
         May 19, 2021

COPY MAILED TO: Gary Hirst, P.O. Box 915559, Longwood, FL, 32791